McGREGOR W. SCOTT
United States Attorney
CAMERON L DESMOND
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

**FILED**

Jun 18, 2020

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

# SEALED

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  2:20-cr-0090 MCE |
| Plaintiff, | ORDER TO SEAL |
| v. | |
| CLAYTON HOWARD, | |
| Defendant. | |

The Court hereby orders that the Indictment, the Petition of Assistant United States Attorney CAMERON L. DESMOND to Seal Indictment, and this Order, in the above-referenced case, shall be sealed until the arrest of the defendant or until further order of the Court.

Dated:  06/18/2020

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

ORDER

i