LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 504-3933
toddleras@gmail.com
Attorney for Defendant
CLAYTON HOWARD

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:20-cr-090 MCE |
| Plaintiff, | |
| vs. | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |
| CLAYTON HOWARD, | |
| Defendant. | Date:   August 27, 2020<br>Time:   10:00 a.m.<br>Court:  Hon. Morrison C. England, Jr. |

Plaintiff United States of America by and through Assistant United States Attorney Cameron Desmond, and Attorney Todd Leras on behalf of Defendant Clayton Howard, stipulate as follows:

1. This matter is presently set for an initial status conference on August 27, 2020. By this stipulation, Defendant Howard moves to continue the status conference to October 29, 2020.

ORDER CONTINUING STATUS CONFERENCE

2. This case involves a felon in possession of ammunition charge stemming from execution of a search warrant in San Joaquin County. Defendant appeared for arraignment on the charge contained in the Indictment on July 15, 2020. The government has provided written reports related to execution of the search warrant to defense counsel as discovery materials.

3. Defense investigation of this matter has been hampered due to measures taken by federal and state authorities in response to the COVID-19 pandemic. Defendant Howard therefore requests to continue this matter to October 29, 2020.

4. Defendant Howard is being held in pre-trial detention at the Sacramento County Main Jail. Since the time of his arrest General Order 620 has imposed public access restrictions to federal courthouses in the district indefinitely until further notice.

5. Given the need for additional time to conduct defense investigation, Defendant Howard requests to continue the status conference in this matter to October 29, 2020, at 10:00 a.m., and to exclude time between August 27, 2020 and October 29, 2020, inclusive, under Local Code T-4. The United States does not oppose this request.

6. Attorney Todd Leras represents and believes that failure to grant additional time as requested would deny Defendant Howard the reasonable time necessary for effective preparation, considering the exercise of due diligence.

7. Based on the above-stated facts, Defendant Howard requests that the Court find that the ends of justice served by continuing the case as requested outweigh the best interest of the public and the Defendant in a trial within the time prescribed by the Speedy Trial Act.

ORDER CONTINUING STATUS CONFERENCE

8. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of August 27, 2020 to October 29, 2020, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), and (B) (iv) [Local Code T-4] because it results from a continuance granted by the Court at Defendant Howard's request on the basis that the ends of justice served by taking such action outweigh the best interest of the public and the Defendant in a speedy trial.

9. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Assistant U.S. Attorney Cameron Desmond has reviewed this proposed order and authorized Todd Leras via email to sign it on her behalf.

DATED:  August 21, 2020                MCGREGOR W. SCOTT
                                       United States Attorney

                                       By   */s/ Todd D. Leras for*
                                            CAMERON DESMOND
                                            Assistant United States Attorney

DATED:  August 21, 2020

                                       By   */s/ Todd D. Leras*
                                            TODD D. LERAS
                                            Attorney for Defendant
                                            CLAYTON HOWARD

ORDER CONTINUING STATUS CONFERENCE

**ORDER**

It is hereby ordered that the status conference in this matter, scheduled for August 27, 2020, is VACATED and CONTINUED to October 29, 2020, at 10:00 a.m.  The Court further finds, based on the representations of the parties and Defendant Howard's request, that the ends of justice served by granting the continuance outweigh the best interests of the public and the Defendant in a speedy trial.  Time shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4, to allow necessary attorney preparation taking into consideration the exercise of due diligence for the period from August 27, 2020, up to and including October 29, 2020.

IT IS SO ORDERED.

DATED:  AUGUST 25, 2020

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

ORDER CONTINUING STATUS CONFERENCE