LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 504-3933
toddleras@gmail.com
Attorney for Defendant
CLAYTON HOWARD

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CLAYTON HOWARD,<br><br>Defendant. | Case No.: 2:20-cr-090 MCE<br><br>STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT<br><br>Date: April 29, 2021<br>Time: 10:00 a.m.<br>Court: Hon. Morrison C. England, Jr. |

Plaintiff United States of America by and through Assistant United States Attorney Cameron Desmond, and Attorney Todd Leras on behalf of Defendant Clayton Howard, stipulate as follows:

1. This matter is presently set for a status conference on April 29, 2021. The parties previously set the matter by stipulation for status conference on April 22, 2021. The court on its own motion continued the status conference to April 29, 2021. (ECF

Entry 19). The defense requests to continue the status conference to June 24, 2021. The government does not oppose the request.

2. This case involves a felon in possession of ammunition charge stemming from execution of a search warrant in San Joaquin County. Defendant appeared for arraignment on the charge contained in the Indictment on July 15, 2020. The government has provided written reports related to execution of the search warrant to defense counsel as discovery materials.

3. Defense investigation of this matter has been hampered due to measures taken by federal and state authorities in response to the COVID-19 pandemic. Specifically, pandemic restrictions have delayed the ability of the defense to conduct in-person interviews of potential witnesses and to obtain relevant records needed to evaluate potential defenses and for purposes of mitigation in the event of a negotiated disposition. Defendant Howard therefore requests to continue this matter to June 24, 2021.

4. Defendant Howard is being held in pre-trial detention at the Sacramento County Main Jail. During the entire time since Mr. Howard's arrest in this matter, federal courthouses in the Eastern District of California have been closed to public access. General Order 630, issued on April 2, 2021, has extended public access restrictions to federal courthouses in the district for up to 90-days from the date of the order. Recent reduction in COVID-19 infection rates in the Sacramento area combined with increasing distribution of vaccines are improving the ability of the defense to conduct its investigation.

5. Given the need for additional time to conduct defense investigation, Defendant Howard requests to continue the status conference in this matter to June 24, 2021, at 10:00 a.m., and to exclude time between April 22, 2021 and June 24, 2021, inclusive, under Local Code T-4.

6. Attorney Todd Leras represents and believes that failure to grant additional time as requested would deny Defendant Howard the reasonable time necessary for effective preparation, considering the exercise of due diligence.

7. Based on the above-stated facts, Defendant Howard requests that the Court find that the ends of justice served by continuing the case as requested outweigh the best interest of the public and the Defendant in a trial within the time prescribed by the Speedy Trial Act.

8. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq*., within which trial must commence, the time period of April 22, 2021 to June 24, 2021, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), and (B)(iv) [Local Code T-4] because it results from a continuance granted by the Court at Defendant Howard's request on the basis that the ends of justice served by taking such action outweigh the best interest of the public and the Defendant in a speedy trial.

9. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Assistant U.S. Attorney Cameron Desmond has reviewed this proposed order and

authorized Todd Leras via email to sign it on her behalf.

DATED: April 21, 2021

PHILLIP A. TALBERT
Acting United States Attorney

By */s/ Todd D. Leras for*
CAMERON DESMOND
Assistant United States Attorney

DATED: April 21, 2021

By */s/ Todd D. Leras*
TODD D. LERAS
Attorney for Defendant
CLAYTON HOWARD

**ORDER**

BASED ON THE REPRESENTATIONS AND STIPULATION OF THE PARTIES, it is hereby ordered that the status conference in this matter, scheduled for April 29, 2021 is vacated. A new status conference is scheduled for June 24, 2021, at 10:00 a.m. The Court further finds, based on the representations of the parties and Defendant Howard's request, that the ends of justice served by granting the continuance outweigh the best interests of the public and the Defendant in a speedy trial. Time shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4, to allow necessary attorney preparation taking into consideration the exercise of due diligence for the period from April 22, 2021, up to and including June 24, 2021.

IT IS SO ORDERED.

Dated: April 26, 2021

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE