LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 504-3933
toddleras@gmail.com
Attorney for Defendant
CLAYTON HOWARD

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>CLAYTON HOWARD,<br><br>　　　　　Defendant. | Case No.: 2:20-cr-00090-MCE<br><br>STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT<br><br>Date:　　August 12, 2021<br>Time:　　10:00 a.m.<br>Court:　　Hon. Morrison C. England, Jr. |

　　Plaintiff United States of America by and through Assistant United States Attorney Cameron Desmond, and Attorney Todd Leras on behalf of Defendant Clayton Howard, stipulate as follows:

ORDER CONTINUING STATUS CONFERENCE

1. This matter is presently set for a status conference on August 12, 2021. Defendant Clayton Howard requests to continue the status conference to October 14, 2021. The government does not oppose the request.

2. This case involves a felon in possession of ammunition charge stemming from execution of a search warrant in San Joaquin County. The government has provided written reports related to execution of the search warrant to defense counsel as discovery materials.

3. Defense investigation of this matter has been hampered due to measures taken by federal and state authorities in response to the COVID-19 pandemic. Specifically, pandemic restrictions have delayed the ability of the defense to conduct in-person interviews of potential witnesses and to obtain relevant records needed to evaluate potential defenses and for purposes of mitigation in the event of a negotiated disposition. Defendant Howard therefore requests to continue this matter to October 14, 2021.

4. Defendant Howard is being held in pre-trial detention at the Sacramento County Main Jail. During most of the time since Mr. Howard's arrest in this matter, federal courthouses in the Eastern District of California have been closed to public access. Reopening of courthouses in the district started as of June 14, 2021. General Orders 631 and 632 allow each district judge discretion to determine whether to hold hearings in person or via videoconferencing. A recent surge in the spread of the Delta variant in the Sacramento area has spurred local health officials to reinstitute an indoor mask policy regardless of vaccination status.

ORDER CONTINUING STATUS
CONFERENCE

5. Given the need for additional time to conduct defense investigation, Defendant Howard requests to continue the status conference in this matter to October 14, 2021, at 10:00 a.m., and to exclude time between August 12, 2021 and October 14, 2021, inclusive, under Local Code T-4.

6. Attorney Todd Leras represents and believes that failure to grant additional time as requested would deny Defendant Howard the reasonable time necessary for effective preparation, considering the exercise of due diligence.

7. Based on the above-stated facts, Defendant Howard requests that the Court find that the ends of justice served by continuing the case as requested outweigh the best interest of the public and the Defendant in a trial within the time prescribed by the Speedy Trial Act.

8. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of August 12, 2021 to October 14, 2021, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), and (B) (iv) [Local Code T-4] because it results from a continuance granted by the Court at Defendant Howard's request on the basis that the ends of justice served by taking such action outweigh the best interest of the public and the Defendant in a speedy trial.

9. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Assistant U.S. Attorney Cameron Desmond has reviewed this proposed order and

ORDER CONTINUING STATUS CONFERENCE

1  authorized Todd Leras via email to sign it on her behalf.

2

3  DATED: August 9, 2021                                PHILLIP A. TALBERT
                                                        Acting United States Attorney
4

5                                                   By    */s/ Todd D. Leras for*
                                                        CAMERON DESMOND
6                                                       Assistant United States Attorney

7  DATED: August 9, 2021

8                                                   By    */s/ Todd D. Leras*
                                                        TODD D. LERAS
9                                                       Attorney for Defendant
                                                        CLAYTON HOWARD
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28  ORDER CONTINUING STATUS
    CONFERENCE

**ORDER**

It is hereby ordered that the status conference in this matter, scheduled for August 12, 2021, is vacated.  A new status conference is scheduled for **October 14, 2021, at 10:00 a.m**. The Court further finds, based on the representations of the parties and Defendant Howard's request, that the ends of justice served by granting the continuance outweigh the best interests of the public and the Defendant in a speedy trial.  Time shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4, to allow necessary attorney preparation taking into consideration the exercise of due diligence for the period from August 12, 2021, up to and including October 14, 2021.

IT IS SO ORDERED.

Dated:  August 9, 2021

MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE

ORDER CONTINUING STATUS CONFERENCE