1   PHILLIP A. TALBERT
Acting United States Attorney
2   CAMERON L. DESMOND
Assistant United States Attorney
3   501 I Street, Suite 10-100
Sacramento, CA 95814
4   Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900
5

6   Attorneys for Plaintiff
United States of America
7

8                       IN THE UNITED STATES DISTRICT COURT

9                       EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,              CASE NO.  2:20-CR-00090-MCE

12                         Plaintiff,       STIPULATION REGARDING EXCLUDABLE
                                            TIME PERIODS UNDER SPEEDY TRIAL ACT;
13            v.                            ORDER

14  CLAYTON HOWARD,                         DATE: October 14, 2021
                                            TIME: 10:00 a.m.
15                        Defendant.        COURT: Hon. Morrison C. England, Jr.

16

17                              **STIPULATION**

18         Plaintiff United States of America, by and through its counsel of record, and defendant, by and

19  through defendant's counsel of record, hereby stipulate as follows:

20         1.      By previous order, this matter was set for status on October 14, 2021.

21         2.      By this stipulation, defendant now moves to continue the status conference until

22  December 2, 2021, and to exclude time between October 14, 2021, and December 2, 2021, under Local

23  Code T4.

24         3.      The parties agree and stipulate, and request that the Court find the following:

25                 a)      The government has represented that the discovery associated with this case

26  includes photographs and reports.  All of this discovery has been either produced directly to

27  counsel and/or made available for inspection and copying.

28  / / /

STIPULATION REGARDING EXCLUDABLE TIME          1
PERIODS UNDER SPEEDY TRIAL ACT

b)      Counsel for defendant desires additional time conduct independent factual investigation, review the physical evidence, conduct legal research into trial and sentencing issues, confer with his client regarding trial strategy and resolution options, and otherwise prepare for trial.

c)      Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d)      The government does not object to the continuance.

e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of October 14, 2021 to December 2, 2021, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1    4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the

2   Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

3   must commence.

4         IT IS SO STIPULATED.

5

6

7   Dated:  October 19, 2021                    PHILLIP A. TALBERT
                                                Acting United States Attorney

8

9                                               /s/ CAMERON L. DESMOND
                                                CAMERON L. DESMOND
10                                              Assistant United States Attorney

11

12  Dated:  October 19, 2021                    /s/ Todd Leras
                                                Todd Leras
13                                              Counsel for Defendant
                                                CLAYTON HOWARD

14

15

16                            **ORDER**

17        IT IS SO ORDERED.

18  Dated:  October 28, 2021

19

20  _____
    MORRISON C. ENGLAND, JR.
21  SENIOR UNITED STATES DISTRICT JUDGE

22

23

24

25

26

27

28