LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 504-3933
toddleras@gmail.com
Attorney for Defendant
CLAYTON HOWARD

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CLAYTON HOWARD,<br><br>　　　　Defendant. | Case No.: 2:20-cr-090 TLN<br><br>STIPULATION AND ORDER SETTING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT<br><br>Date:　　December 2, 2021<br>Time:　　10:00 a.m.<br>Court:　　Hon. Troy L. Nunley |

　　Plaintiff United States of America by and through Assistant United States Attorney Cameron Desmond, and Attorney Todd Leras on behalf of Defendant Clayton Howard, stipulate as follows:

　　1.　This matter was previously set by stipulation for a status conference before Senior United States District Judge Morrison C. England, Jr., on December 2, 2021. The Chief Judge, by Minute Order (ECF Entry 29) dated November 9, 2021, reassigned

ORDER SETTING STATUS CONFERENCE

1. the matter to this Court, vacated all dates, and directed the parties to reschedule the matter. By this stipulation, the parties jointly request to set a status conference on January 27, 2022.

2. This case involves a felon in possession of ammunition charge stemming from execution of a search warrant in San Joaquin County. The government has provided written reports related to execution of the search warrant to defense counsel as discovery materials. Defense counsel is presently engaged in conducting defense investigation and has requested an opportunity to inspect the evidence seized during execution of a search warrant at Defendant's home in Stockton, California. The government and defense counsel are coordinating regarding a mutually convenient date for such inspection to occur.

3. Inspection of the evidence is a prerequisite to additional investigation into possible defenses and sentence mitigation. Defense counsel therefore requests to continue this matter to January 27, 2022. The government does not oppose the request.

4. Given the need for additional time to conduct ongoing and future defense investigation, Defendant Howard requests to exclude time between December 2, 2021 and January 27, 2022, inclusive, under Local Code T-4.

5. Attorney Todd Leras represents and believes that failure to grant additional time as requested would deny Defendant Howard the reasonable time necessary for effective preparation, considering the exercise of due diligence.

6. Based on the above-stated facts, Defendant Howard requests that the Court find that the ends of justice served by continuing the case as requested outweigh the best

ORDER SETTING STATUS
CONFERENCE

interest of the public and the Defendant in a trial within the time prescribed by the Speedy Trial Act.

7. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of December 2, 2021 to January 27, 2022, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), and (B) (iv) [Local Code T-4] because it results from a continuance granted by the Court at Defendant Howard's request on the basis that the ends of justice served by taking such action outweigh the best interest of the public and the Defendant in a speedy trial.

8. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Assistant U.S. Attorney Cameron Desmond has reviewed this proposed order and authorized Todd Leras via email to sign it on her behalf.

DATED:  December 7, 2021          PHILLIP A. TALBERT
                                  Acting United States Attorney

                                  By    */s/ Todd D. Leras for*
                                        CAMERON DESMOND
                                        Assistant United States Attorney

DATED:  December 7, 2021

                                  By    */s/ Todd D. Leras*
                                        TODD D. LERAS
                                        Attorney for Defendant
                                        CLAYTON HOWARD

ORDER SETTING STATUS
CONFERENCE

**ORDER**

BASED ON THE REPRESENTATIONS AND STIPULATION OF THE PARTIES, it is hereby ordered that a status conference in this matter is scheduled for January 27, 2022, at 9:30 a.m. The Court further finds, based on the representations of the parties and Defendant Howard's request, that the ends of justice served by granting the continuance outweigh the best interests of the public and the Defendant in a speedy trial. Time shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4, to allow necessary attorney preparation taking into consideration the exercise of due diligence for the period from December 2, 2021, up to and including January 27, 2022.

IT IS SO ORDERED.

DATED:  December 9, 2021

Troy L. Nunley
United States District Judge

ORDER SETTING STATUS CONFERENCE