LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 504-3933
toddleras@gmail.com
Attorney for Defendant
CLAYTON HOWARD

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>vs.<br><br>CLAYTON HOWARD,<br><br>          Defendant. | Case No.: 2:20-cr-090 TLN<br><br>ORDER TO CONTINUE SENTENCING HEARING AND MODIFY PRE-SENTENCE REPORT DEADLINES<br><br>Court:   Hon. Troy L. Nunley<br>Date:    July 28, 2022<br>Time:   9:30 a.m.<br>. |

Plaintiff United States of America, by and through Assistant U.S. Attorney Cameron Desmond, and Attorney Todd D. Leras on behalf of Defendant Clayton Howard, submit this request to continue the Sentencing Hearing in this matter to October 6, 2022, and to modify the Pre-Sentence Investigation Report (PSR) disclosure schedule.

ORDER CONTINUING
SENTENCING HEARING AND
MODIFYING PSR SCHEDULE

Defendant Clayton Howard has completed his probation interview. The assigned probation officer requires additional time to complete the PSR and has confirmed his availability on the requested Sentencing Hearing date.

It is therefore requested that the Court set the pre-sentence report disclosure schedule as follows:

1. Draft Pre-Sentence Report Date:  August 25, 2022;

2. Informal Objections to Draft Pre-Sentence Report:  September 8, 2022;

3. Final Pre-Sentence Report Date:   September 15, 2022;

4. Motion for Correction Date: September 22, 2022; and

5. Reply Date:  September 29, 2022.

This request follows a guilty plea so an exclusion of time pursuant to the Speedy Trial Act is not required. Assistant U.S. Attorney Cameron Desmond has authorized Todd D. Leras via email to sign this stipulation on her behalf.

DATED:  July 25, 2022

By    /s/ Todd D. Leras for
      CAMERON DESMOND
      Assistant United States Attorney

DATED:  July 25, 2022

By    /s/ Todd D. Leras
      TODD D. LERAS
      Attorney for Defendant
      CLAYTON HOWARD

ORDER CONTINUING SENTENCING HEARING AND MODIFYING PSR SCHEDULE

**ORDER**

The Sentencing Hearing, set for July 28, 2022, is vacated. The Sentencing Hearing in this matter is continued to October 6, 2022, at 9:30 a.m. The Court adopts the Pre-Sentence Report disclosure schedule proposed by the parties.

IT IS SO ORDERED.

DATED: July 25, 2022

_____
Troy L. Nunley
United States District Judge

ORDER CONTINUING SENTENCING HEARING AND MODIFYING PSR SCHEDULE